**THIS ORDER IS SIGNED AND ENTERED.**

**Dated: April 1, 2020**

_____
Hon. Catherine J. Furay
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In the Matter of: | In Proceedings for a Debt Repayment Plan Under Chapter 13 |
| Louann Bridges | |
| Louann SS# XXX-XX-5237 | Case Number 20-10627- 13 |

ORDER TO EMPLOYER TO PAY THE TRUSTEE

TO   PRODUCTIVE PROCESSING INC.
     ATTN PAYROLL DEPT
     319 YARD DRIVE
     VERONA WI 53593

Employer of above-named debtor:

The debtor(s) has filed a plan with this Court to pay debts out of future Income, and by this plan submits all future earnings and wages to the supervision and control of the Trustee for the purpose consummating the plan. Now therefore the Court makes the following order:

It is ordered that PRODUCTIVE PROCESSING INC. as employer of the debtor, until further notice from the Trustee, deduct from the earnings of the employee the sum of:

  256.48 BIWEEKLY                              Due by: 4/01/2020

and to continue BIWEEKLY thereafter.

**Include the Employee's Name and Case number** ( 20-10627 ) on the remittance. If your pay cycle differs from the required payment(s) shown above you may pay in accordance with your cycle so long as the amount you remit is equivalent to the above amount on an annual basis. Please indicate your cycle if different from the cycle ordered.

Payments should be made to:    Mark Harring Standing Trustee
        and mailed to:    MARK HARRING CH 13 TRUSTEE
                          P.O. BOX 88004
                          CHICAGO IL 606801004
        Ch 13 Office Phone #   608-256-4320

If you wish to carry this out via ACH instead of check, see https://www.tfsbillpay.com/employer

It is further ordered that the Employer notify the Trustee if the employment of the debtor is terminated and the reason for the termination and:

   From all Earnings and wages of the debtor, no deduction other than authorized or directed by this Court shall be made by the employer except the amounts required to be withheld by the provisions of any Federal or State law or regulation or insurance, pension, or union dues agreement between employer and the debtor in accordance with the employer's usual payroll procedure.

This order supersedes any previous order made to you in this case.

   YOU ARE DIRECTED TO CARRY THIS ORDER INTO EFFECT.

###