# amazon.com

09/25/2024

Credit Acceptance Corporation
PO Box 5070
Southfield MI 48086

US Bankruptcy Court
120 North Henry Street Room 340
Madison WI 53703

Miller and Miller Law
700 W Virginia Street Ste 605
Milwaukee WI 53204

FILED/REC'D
8:00 AM
SEP 3 1 2024
CLERK
U.S. BANKRUPTCY COURT

Re: Louann Bridges
Case No: 20-10627-cjf

To whom it may concern,

I am writing this letter to inform you that we are unable to locate this employee with the provided name and partial. Request you to provide the full SSN of the employee.

**Amazon.com, Payroll Dept,**
**PO Box 80726, Seattle, WA 98108-0463.**
Email: payroll-garnishment@amazon.com
**Phone:** 206-740-0507
**Fax    : 206-266-2503**

Sincerely,

Amazon.com Payroll Analyst
Email: payroll@amazon.com
Ref- V1523001341
AMAZON.COM
PAYROLL
PO BOX 80726
SEATTLE WA 98108-1226



AMAZON.COM
PAYROLL DEPARTMENT
P.O. BOX 81226
SEATTLE, WA 98108

US Bankruptcy Court
120 North Henry Street Room 340
Madison WI 53703